UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              Case No. 25-CR-

JAHNELL EASLY,             [26 U.S.C. § 7206(2)]

        Defendant.

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about January 29, 2022, in the State and Eastern District of Wisconsin,

**JAHNELL EASLY**

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax Return, Form 1040, for the calendar year 2021 for taxpayer S.G. The return was false and fraudulent as to material matters, in that it included a false profit on Schedule C, Line 31, Profit or Loss From Business, falsely represented that S.G. was entitled to the Credit for Sick Leave and Family Leave for Certain Self-Employed Individuals on Form 7202, Schedule 3, Lines 13(b) and 13(h), and falsely represented the amount of Earned Income Credit to which the taxpayer was entitled on Form 1040, Line 27(a). The defendant represented that S.G. was entitled to claim a refund in the amount of $17,011. The defendant knew that these representations were false, and that the taxpayer was not, in fact, entitled to the refund claimed on the return.

In violation of Title 26, United States Code, Section 7206(2).

## FORFEITURE NOTICE

1. Upon conviction of the offense in violation of Title 26, United States Code, Section 7206(2), set forth in this Information, the defendant, **JAHNELL EASLY**, shall forfeit to the United States of America, pursuant to Title 26, United States Code, Sections 7301(a)-(e) and 7302, Title 28, United States Code, Section 2461, any property, real or personal, involved in such offense, and any property traceable to such property, including, but not limited to, a sum of money equal to the value of the property involved in the offense or offenses of conviction.

2. If any of the property described above, as a result of any act or omission by a defendant cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, and pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

_____
BRAD D. SCHIMEL
United States Attorney

Dated: 11/18/2025